BOGY HORN v. THE STATE.

No. 11703.  Delivered May 30, 1928.

The opinion states the case.

G. C. *Lowe* of Woodville, for appellant.

A. A. *Dawson* of Canton, State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The unlawful sale of intoxicating liquor is the offense, punishment fixed at confinement in the penitentiary for one year.

The judgment appears regular and properly presented. No questions of law are raised either by bills of exceptions or otherwise. The purported agreed statement of facts cannot be considered, as it bears neither the signature of the counsel nor the approval of the trial judge.

The judgment is affirmed.

*Affirmed.*